NO. 29570


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


GAIL MARTIN, Plaintiff-Appellant/Cross-Appellee, v.
C. BREWER AND COMPANY, LTD., a Hawaii corporation; MAUNA KEA
AGRIBUSINESS CO., INC., a Hawaii corporation, and Lawrence Patao,
Defendants-Appellees/Cross-Appellants


APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 03-1-186)


ORDER DENYING MOTION FOR RECONSIDERATION
(By:  Fujise, Presiding Judge, Leonard and Ginoza, JJ.)

Upon consideration of Plaintiff-Appellant/Cross-Appellee's Motion for Reconsideration filed on March 4, 2013, the papers in support and the record and files herein,

IT IS HEREBY ORDERED that said motion is denied.

DATED:  Honolulu, Hawaiʻi, March 20, 2013.

On the motion:

Mark K. Haugen,
for Plaintiff-Appellant/Cross-
Appellee.

Presiding Judge

Associate Judge

Associate Judge